Opinion issued February 25, 2010.

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00812-CV

———————————

CHANEL HALL, Appellant

V.

DEPARTMENT
OF FAMILY & PROTECTIVE SERVICES, Appellee



 



 

On Appeal from the 315th District Court 

Harris County, Texas



Trial Court Case No. 2008-00272J

 



 

MEMORANDUM OPINION

          Appellant
has filed a motion to dismiss the appeal. 
More than 10 days have elapsed, and no objection has been filed.  No opinion has issued.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).








          All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and C. Higley.